FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHERYL BYE,

           Plaintiff,

  -vs-

WALMART INC., a Delaware corporation d/b/a Walmart Store #2187, registered to do business in Washington and JOHN DOES I - III,

           Defendants.

No.   2:23-CV-0016-JAG

ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

      The parties filed a Stipulation and Order to Dismissal (*sic*) All Claims, ECF No. 14, wherein the parties indicated that all claims may be dismissed, with prejudice, and without costs and attorney fees to any party.  The parties also separately filed a Notice of Settlement, ECF No. 13.

      Accordingly, **IT IS ORDERED** that all claims are **DISMISSED with prejudice,** and without costs and attorney fees to any party.

      **IT IS SO ORDERED**.  The District Court Executive is directed to file this Order and provide copies to counsel and **CLOSE** this case.

      DATED January 22, 2024.

                                              JAMES A. GOEKE
                                UNITED STATES MAGISTRATE JUDGE

SCHEDULING ORDER - 1